UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN K., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22 CV 79 JMB |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order filed in this matter,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Defendant Martin J. O'Malley and against Plaintiff Brian K. The parties shall bear their own costs.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of March, 2024